UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 06-13881-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

KEVIN A. MITCHELL
XXX-XX-2552
KATHLEEN G. MITCHELL
XXX-XX-2409

DEBTORS_____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
SEP 06 2011
FILED ✓  RECEIVED___

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $10.10 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 1st day of September, 2011.

_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**PAID**
#135744 MC

## **SERVICE LIST**

DEBTORS
KEVIN A. MITCHELL
KATHLEEN G. MITCHELL
128 LEHANE TERRACE
APT 207
NORTH PALM BEACH, FL 33408

ATTORNEY FOR DEBTORS
K. DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 410
W PALM BEACH, FL 33409

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK

### Attachment - Listing of Claimant

Case Number:     06-13881-BKC-EPK

Creditor No.:    350179

Claimant:        CHEVRON CREDIT BANK, NA
                 2001 DIAMOND BLVD
                 PO BOX 5010, SECT 230
                 CONCORD, CA 94524-0010